IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
MAR 0 1 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

THOMAS WILLIAMS
Plaintiff)

vs

HARRY WILLIAMSON ET AL...
Defendants

Case No: 1:23-cv-00295

JUDGE: DONALD C. NUGENT

MOTION TO EXTEND TIME TO OBTAIN COUNSEL FOR REPRESENTATION AND ANSWER AND RESPOND TO COMPLAINT

*[Handwritten notation: Case Management to proceed on 3/22/23 as scheduled.]*

GRANTED: _____ DENIED: X
IT IS SO ORDERED.
*[Signature]* Donald C. Nugent 3/2/23
U.S. DISTRICT JUDGE

Defendant Harry Williamson respectfully moves the court for a 60-day extension of time to obtain representation and counsel for the above referenced case.

Since the COURT OF COMMON PLEAS CUYAHOGA COUNTY, OHIO ruled that the Defendant Harry Williamson's prior retained Attorney Brian D. Bardwell allegedly held a potential conflict of interest.

It has become a challenge to obtain additional counsel due to the complexity of this case. In addition, to meeting the financial burden of interviewing counsel and the demanding cost associated with such an action.

Defendant Harry Williamson has diligently and tirelessly been working on obtaining counsel for this cause.

Defendant Harry Williamson therefore respectfully requests until April 29th 2023 to obtain such counsel.